# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Supreme Raheem Ackbar, aka Ronald Gary #275886 ) <br> *Plaintiff* ) <br> v. ) <br> Scott Lewis, C. Hindenburg and Officer Jacobs ) <br> *Defendant* ) | Civil Action No. 4:19-cv-2045-RMG |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge who adopted the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.


Date: March 4, 2020    *CLERK OF COURT*

s/Debbie Stokes
*Signature of Clerk or Deputy Clerk*